UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

PROGRESSIVE CASUALTY )
INSURANCE COMPANY, )
                    )
        Plaintiff(s), )
                    )
vs.                 )
                    )
KENDRA HENDERSON and )
the UNITED STATES OF AMERICA, )
                    )
        Defendant(s) )  CIVIL ACTION
                    )  No.

## COMPLAINT

Plaintiff, PROGRESSIVE CASUALTY INSURANCE COMPANY ('Progressive'), by and through its attorneys of record, McNall & Associates, P.C., hereby complains of Defendant(s), KENDRA HENDERSON and the UNITED STATES OF AMERICA, as follows:

1. Progressive, an Ohio corporation, is in good standing with the State of Alaska, and has paid all applicable taxes, and met all other requirements to properly bring this action.

2. This Court has jurisdiction over this case pursuant to 28 U.S.C. 1346(b) and 2675. During the scope of

McNALL & ASSOCIATES P.C
P.O. Box 100100
Anchorage, AK
99510
Phone: (907) 276-2535
Fax: (907) 279-8527

defendant KENDRA HENDERSON'S employment with the U.S. Government, the defendant was operating a government owned vehicle in Anchorage, Alaska at the date and time of the collision.

3. On or about January 28, 2008, E. Perkins, driver of the Progressive insured vehicle, was traveling westbound on Mt. View Drive from the Glenn Highway off ramp through the intersection of Mt. View Drive and Boniface Parkway on a green light in Anchorage, Alaska.

4. At the same date and time, defendant, while driving a U.S. government vehicle, was traveling southbound through the same intersection. Defendant, KENDRA HENDERSON, failed to stop at the red light. Defendant, KENDRA HENDERSON, proceeded through the intersection causing a collision with E. Perkins's vehicle.

5. As a result of the negligence of defendant, KENDRA HENDERSON, substantial property damage and medical injuries were sustained to the Progressive vehicle and to its driver.

6. The collision was caused solely by the

McNALL & ASSOCIATES P.C
P.O. Box 100100
Anchorage, AK
99510
hone: (907) 276-2535
ax: (907) 279-8527

negligence of Defendant, KENDRA HENDERSON.

7. As a direct and proximate result of the negligence of defendant, KENDRA HENDERSON, Progressive has paid property damages to or on behalf of it's insured in the amount of $8,643.36 and medical payments in the amount of $12,742.00 for a total of $21,885.36.

8. Under the terms of its insurance policy, Progressive is subrogated to rights of its insured against third party tort-feasors.

WHEREFORE, Plaintiff respectfully requests the following relief:

1. Judgment against defendant in favor of plaintiff in an amount to be proven at trial;

2. Pre-judgment and post-judgment interest;

3. Costs and attorney's fees;

4. Further and additional relief which the Court deems just and equitable.

McNALL & ASSOCIATES P.C
P.O. Box 100100
Anchorage, AK
99510
Phone: (907) 276-2535
Fax: (907) 279-8527

DATED at Anchorage, Alaska, this _30th_ day of August, 2010.

                        MCNALL and ASSOCIATES, P.C.
                        Attorneys for Plaintiff(s)

                        for: _____
                        WILLIAM L. MCNALL ABA #7705043

McNALL & ASSOCIATES P.C
P.O. Box 100100
Anchorage, AK
99510
Phone: (907) 276-2535
Fax: (907) 279-8527

Progressive v Henderson, USA     -4-